## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**GEORGE LAND**,

       *Plaintiff,*

  v.

**ROCK EXOTICA, LLC**,

       *Defendant.*

**Case No. 2:23-cv-04627-JDW**

### ORDER

**AND NOW**, this 16th day of April, 2025, upon consideration of the Daubert Motion Of Defendant Rock Exotica, LLC To Preclude Plaintiff's Expert, James Glancey, P.E. (ECF No. 41), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART AS MOOT**, as follows:

1.    The Motion is **GRANTED** with respect to Dr. Glancey's opinions concerning the ability of a Unicender device to support certain amounts of weight and an alternative design for the Unicender; and

2.    The Motion is otherwise **DENIED AS MOOT**.

It is **FURTHER ORDERED** that, upon consideration of the Motion For Summary Judgment Of Defendant, Rock Exotica, LLC (ECF No. 42), and for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Motion Of Defendant, Rock Exotica, LLC, For Leave To File A Reply Memorandum Of Law Regarding: (1) Dr. Glancey's Execution OF A Protocol And The Testing He Performed In Conjunction With that Protocol, And (2) Dr. Glancey's Failure To Articulate A Specific Design Defect In The Unicender Device (ECF No. 49) is Rock Exotica's Motion For Leave To File A Reply Memorandum (ECF No. 49) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.